FILED
February 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D22

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| Case Title : | William R Tygenhof and Linda L Tygenhof | Case No : | 10-52425 - D - 7 |
| | | Date : | 2/16/11 |
| | | Time : | 10:00 |
| Matter : | [12] - Motion/Application for Relief from Stay [PPR-1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (jlns) | | |
| Judge : | Robert S. Bardwil | | |
| Courtroom Deputy : | Nancy Williams | | |
| Reporter : | Diamond Reporters | | |
| Department : | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; Fed. Rule Bank. 4001(a)(3) waived; no further relief afforded.

Dated: February 19, 2011

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court